RECEIVED
IN CLERK'S OFFICE
AUG 0 9 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Complaint

In June the facility at 5115 harding Pl core civic inc had a outbreak of the scabies. Due Core civic inc allowing females that are brought straight from street without being screend or sanatized. By the facility allowing this to accur ive been espodes to scabies i ich at nite and the pain is unberable i scratch to the point where there is blood comins out. these facility allowed this to happen. core civic inc also allows there officers to respond to medical emergencies for the females then they come in the unit where were at. They also allow females clothes to be washed with ours without using bleach. Medical and core civic inc has put my health at risk along with staff and inmates. Staff members from core civic inc. came in the unit and said for us to sighn papers that were not iching or we would be taken to segregation and loss of Good days medical and staff members came in the unit with 6 pills never said what the pills were Just said it Prouents the scabies there is no such pill that can prouent in that case they would give to inmates before entering this facility. Ive filled out sick calls that was not answer Even Dr. Bridges left and refused to treat patients that had scabies because he did not want to catch it. And core civic inc is still allowing females to come in and not being screen this is dilebertly iddference on medical and core civic inc

they said that there was no cofirmed cases out here but we all no' thats not true. They locked the facility down 3 days with out Phone calls to tell our family what is Going on. and they wouldn't let us take a Shower while we was on lock down or we couldn't have visits or Go to court Corecivic inc. And medical could have Prevented the outbreak out here and for allowing the spread to make it to court. I'm asking relief in this matter of $750,000 for the Pain suffering Punitive Damages mental Emotional, Physical Damages.
Case Hutto vs Finney, 437, us, 678 (1978) screening Policies of staffing for Prisoner seeking care or Prison Guard o non medical officals deny or delay your access to treatment Brown vs District of Columbia 515 f 3d 1279 (Dis 2008)

5115 harding Pl
Nash TN, 37211

Respectfully
Print Jeremie R Dotson
Sighn
Date 8/7/17

OCA # 158119

Jeremie R Dobson #158119
Core Civic
5115 Harding Place
Nash, TN 37211

RECEIVED
IN CLERK'S OFFICE
AUG 0 9 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

U.S. District Court Clerk
US Court House Rm 800
Nash TN, 37203